IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Petitioner, <br> v. <br> JEFFREY D. BOHN, <br>     Respondent. | Civil No. 1:11-cv-01779-LJO-MJS <br><br> **ORDER TO SHOW CAUSE RE: INTERNAL REVENUE SERVICE SUMMONSES** <br><br> Date:   December 9, 2011 <br> Time:   9:30 A.M. <br> Place:  Courtroom 6, 7th Floor <br> Before: Honorable Michael J. Seng |

Upon the petition of the United States, the Declaration of Revenue Officer Evan Moses, including Exhibits A-C attached thereto, and the United States' Petition to Enforce an Internal Revenue Service Summonses:

IT IS HEREBY ORDERED that Respondent, JEFFREY BOHN ("Respondent") appear before United States Magistrate Judge Michael J. Seng, Courtroom 6 of the United States Courthouse at 2500 Tulare Street, Fresno, California on Friday, December 9, 2011 at 9:30 A.M., to show cause why he should not be compelled to obey the Internal Revenue Service summonses served upon him.

It is further ORDERED that:

    1.    A copy of this Order, together with the Petition and declaration and its exhibits, shall be served in accordance with Rule 4(e) of the Federal Rules of Civil Procedure upon the Respondent within twenty-one (21) days of the date that this Order is served upon counsel for the United States or as soon thereafter as possible.  Pursuant to Federal Rule of Civil Procedure 4.1(a), the Court hereby appoints Revenue Officer Moses and all other persons designated by him to effect service in this case.

    2.    Proof of any service done pursuant to paragraph one (1), above, shall be filed with the Clerk as soon as is practicable.

    3.    Because the file in this case reflects a prima facie showing that the investigation is being conducted for a legitimate purpose, that the inquiries may be relevant to that purpose, that the information sought is not already within the Commissioner's possession, and that the administrative steps required by the Internal Revenue Code have been followed, see United States v. Powell, 379 U.S.

1  48, 57-58 (1964), the burden of coming forward has shifted to Respondent to oppose enforcement of the
2  summonses, see Lidas, Inc. V. United States, 238 F.3d 1076, 1082 (9th Cir. 2001).

3      4.    If Respondent has any defense to present or an opposition to the Petition, such defense
4  or opposition shall be made in writing and filed with the Clerk and copies served on counsel for the
5  United States at least fourteen (14) days prior to the date set for the show cause hearing.  The United
6  States may file a reply memorandum to any opposition at least five (5) court days prior to the date set
7  for the show cause hearing.

8      5.    At the show cause hearing, the Court will consider all issues raised by the Respondent.
9  Only those issues brought into controversy by the responsive pleadings and supported by affidavit will
10 be considered.  Any uncontested allegation in the Petition will be considered admitted.

11     6.    Respondent may notify the Court, in a writing filed with the Clerk and served on counsel
12 for the United States at least fourteen (14) days prior to the date set for the show cause hearing, that
13 Respondent has no objection to enforcement of the summons.  Respondent's appearance at the hearing
14 will then be excused.

15     Respondent is hereby notified that a failure to comply with this Order may subject them to
16 sanctions for contempt of court.

20 IT IS SO ORDERED.

21 Dated:   October 26, 2011     /s/ *Michael J. Seng*
    UNITED STATES MAGISTRATE JUDGE