BORIS KUKSO
Trial Attorney, Tax Division
US Department of Justice
PO Box 683
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 353-1857
Facsimile: (202) 307-0054
E-mail:  boris.kukso@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Civil No.  1:11-cv-01779-LJO-MJS |
| ) Petitioner, ) | |
| ) | **ORDER ENFORCING INTERNAL** |
| v. ) | **REVENUE SERVICE SUMMONSES** |
| ) | |
| JEFFREY D. BOHN, ) | |
| ) Respondent. ) | |
| ) | |

    Before the Court is the United States' petition to enforce IRS summonses served  upon Respondent Jeffrey D. Bohn. This matter came on for show cause hearing on December 9, 2011. Boris Kukso appeared on behalf of the Petitioner. Respondent Jeffrey D. Bohn appeared at the hearing and did not object to the enforcement of the summonses. Upon review of the petition and the Declaration of Revenue Officer Evan Moses, including the exhibits attached thereto, the Court makes the following findings:

    1. The summons issued by the IRS to Respondent Jeffrey D. Bohn on April 18, 2011 (Collection Information Statement, Form 6637) is valid and meets each of the requirements as set forth in *United States v. Powell*, 379 U.S. 48 (1964);

    2. The summons issued by the IRS to Respondent Jeffrey D. Bohn on April 18, 2011 (Income Tax Return, Form 6638) is valid and meets each of the requirements as set forth in *United*

*States v. Powell*, 379 U.S. 48 (1964);

3. Respondent Jeffrey D. Bohn did not object to the enforcement of the summons, nor did he demonstrate any valid, non-frivolous reason that the summons should not be enforced.

Therefore, based upon these findings and for good cause shown, it is hereby:

ORDERED that the United States' petition to enforce the IRS summonses served upon Respondent Jeffrey D. Bohn is GRANTED.

It is further ORDERED that Respondent Jeffrey D. Bohn is to appear before IRS Revenue Officer Evan Moses, or his designee, at the offices of the Internal Revenue Service located at 2525 Capitol St., Suite 205, Fresno, CA, 93721 no later than January 10, 2012 and to produce the documents and records and give the testimony as directed in the two summonses issued on April 18, 2011.

Respondent Jeffrey D. Bohn is hereby notified that failure to comply with this Order may subject him to sanctions for contempt of Court.

IT IS SO ORDERED.

Dated:   **December 12, 2011**          /s/ **Barbara A. McAuliffe**
                                       UNITED STATES MAGISTRATE JUDGE