IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 11-1779 LJO MJS |
| Petitioner, | **ORDER TO CLOSE ACTION**<br>(Doc. 13.) |
| vs. | |
| JEFFREY D. BOHN, | |
| Respondent. | |

Given respondent's compliance with the tax summons directed to him, this Court DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   August 8, 2012**              **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE